

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00055-CV

Donald E. **GHIDONI**,
Appellant

v.

**STONE OAK INC.**, Hill Country Water Works Company, Hill Country S.A., Ltd.,
and Nancy Ghidoni-Meehan,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1992-CI-17421
Honorable Antonio Arteaga, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: February 10, 2021

DISMISSED FOR WANT OF JURISDICTION

Appellant seeks to appeal the trial court's order denying his motion for summary judgment. This court has jurisdiction to review the denial of a summary judgment motion only when the parties file competing motions for summary judgment, and the trial court grants one motion but denies the other. *Valence Operating Co. v. Dorsett*, 164 S.W.3d 656, 661 (Tex. 2006). The record shows that competing motions for summary judgment were not filed in the trial court. Therefore, this court lacks jurisdiction over this appeal. *See Humphreys v. Caldwell*, 888 S.W.2d 469, 470 (Tex. 1994) (holding denial of summary judgment is not appealable); *see also Lehmann v. Har*

*Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (absent an appealable interlocutory order or final judgment in writing, appellate court has no jurisdiction). We therefore issued an order instructing appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant responded but did not establish that this court has jurisdiction. Accordingly, we dismiss this appeal for want of jurisdiction. *See id*. 42.3(a). Costs of appeal are taxed against appellant.

PER CURIAM